UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAUNDRY, DRY CLEANING WORKERS AND ALLIED INDUSTRIES HEALTH FUND, UNITE HERE! and LAUNDRY, DRY CLEANING WORKERS AND ALLIED INDUSTRIES RETIREMENT FUND, UNITE HERE!,<br>Petitioners,<br><br>-v-<br><br>WORLDWIDE WATER TECHNOLOGIES, INC.,<br>Respondent. | AFFIDAVIT OF SERVICE<br><br>08 CIV. 5392 (CM) |

STATE OF NEW YORK    )
                     ) ss.
COUNTY OF NEW YORK   )

Evelyn Soto, being duly sworn, deposes and says:

1. I am over 18 years of age, am not a party to this action and reside in the Borough of Brooklyn, New York 11215.

2. On June 26, 2008, I served the Respondent herein with a signed copy of the Petition to Confirm Arbitration Award; Notice of Petition and Memorandum of Law by causing a true copy of said motion papers to be addressed to the Respondent at P.O. Box 1157, Mount Vernon, NY 10551-1157 to be delivered to the United States Postal Service at a Post Office within the State of New York for certified mailing, return receipt number 7008 0150 0003 0448 0893 and regular mail.

_____
Evelyn Soto

Sworn to, before me, this
27th day of June 2008.

_____

SABRINA BROOKS
Notary Public, State of New York
No. 01BR6152502
Qualified in Queens County,
Commission Expires 9/18/2010